# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE : NO.  494
MAGISTERIAL DISTRICTS WITHIN THE :
6th JUDICIAL DISTRICT OF THE : MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of June 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 6th Judicial District (Erie County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Erie County as they currently exist, to be effective immediately, is granted.

Said Magisterial Districts will be reestablished as follows:

Magisterial District 06-1-01                                  City of Erie (Ward 1) &
Magisterial District Judge Suzanne C. Mack       (Ward 4 – Voting Districts 1 & 6)


Magisterial District 06-1-02                                  City of Erie (Ward 2)
Magisterial District Judge Edward M. Wilson


Magisterial District 06-1-03                                  City of Erie (Ward 3) &
Magisterial District Judge Thomas Carney          (Ward 4 – Voting Districts 2, 3, 4, 7, 8, and 9)


Magisterial District 06-1-04                                  City of Erie (Ward 5)
Magisterial District Judge Paul A. Bizzaro

Magisterial District 06-1-05                          City of Erie (Ward 6)
Magisterial District Judge Timothy S. Beveridge


Magisterial District 06-2-02                          Millcreek Township (Voting Districts
Magisterial District Judge Laurie A. Weiss Mikielski  3-10, 13-17, and 22-24)


Magisterial District 06-2-04                          Amity Township
Magisterial District Judge Denise M. Buell            Concord Township
                                                      Corry City
                                                      Elgin Borough
                                                      Union City Borough
                                                      Union Township
                                                      Wayne Township


Magisterial District 06-3-01                          Harborcreek Township
Magisterial District Judge Lisa R. Ferrick            Lawrence Park Township
                                                      Wesleyville Borough


Magisterial District 06-3-02                          Greenfield Township
Magisterial District Judge Scott B. Hammer            North East Borough
                                                      North East Township


Magisterial District 06-3-03                          Greene Township
Magisterial District Judge Susan D. Strohmeyer        Millcreek Township (Voting Districts
                                                      1, 2, 11, 12, 18, 19, 20, and 21)
                                                      Venango Township
                                                      Wattsburg Borough


Magisterial District 06-3-05                          Le Boeuf Township
Magisterial District Judge Brian M. McGowan           Mill Village Borough
                                                      Summit Township
                                                      Waterford Borough
                                                      Waterford Township


Magisterial District 06-3-06                          Edinboro Borough
Magisterial District Judge Denise M. Stuck-Lewis      Fairview Township
                                                      Franklin Township
                                                      McKean Borough
                                                      McKean Township

Washington Township

Magisterial District 06-3-08
Magisterial District Judge Christopher K. MacKendrick

Albion Borough
Conneaut Township
Cranesville Borough
Elk Creek Township
Girard Borough
Girard Township
Lake City Borough
Platea Borough
Springfield Township